Amy L. B. Ginsburg (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
teamkimmel@creditlaw.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| YVETTE GALLARDO, | § § | |
| Plaintiff, | § § | Civil Action No. 2:19-cv-06503-JFW-MAA |
| v. | § § | |
| CAPITAL ONE, N.A., | § § | |
| Defendant. | § § § § | |

## **NOTICE OF SETTLEMENT**

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: December 13, 2019              By: */s/ Amy L. B. Ginsburg*
                                          Amy L. B. Ginsburg, Esquire
                                          Kimmel & Silverman, P.C.
                                          30 E. Butler Pike
                                          Ambler, PA 19002
                                          Phone: (215) 540-8888
                                          Fax: (877) 788-2864
                                          Email: aginsburg@creditlaw.com

# CERTIFICATE OF SERVICE

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Marcos D. Sasso, Esquire
Ballard Spahr, LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067
sassom@ballardspahr.com
Attorney for Defendant

Dated: December 13, 2019    By: */s/ Amy L. B. Ginsburg*
          Amy L. B. Ginsburg, Esquire
          Kimmel & Silverman, P.C.
          30 E. Butler Pike
          Ambler, PA 19002
          Phone: (215) 540-8888
          Fax: (877) 788-2864
          Email: aginsburg@creditlaw.com