Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
teamkimmel@creditlaw.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE GALLARDO,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE, N.A.,<br><br>    Defendant. | Civil Action No. 2:19-cv-06503-JFW-MAA |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.


/s/ Marcos D. Sasso                     /s/ Amy L. Bennecoff Ginsburg
Marcos D. Sasso, Esq.                   Amy L. Bennecoff Ginsburg Esq.
Ballard Spahr, LLP                      Kimmel & Silverman, P.C.
2029 Century Park East                  30 East Butler Pike
Suite 800                               Ambler, PA 19002
Los Angeles, CA 90067                   Phone: (215) 540-8888
Phone: 424-204-4400                     Fax: (215) 540-8817
Email:  sassom@ballardspahr.com         Email: aginsburg@creditlaw.com
Attorney for the Defendant              Attorney for the Plaintiff

Date: May 27, 2020                      Date: May 27, 2020

## **CERTIFICATE OF SERVICE**

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Marcos D. Sasso, Esq.
Ballard Spahr, LLP
2029 Century Park East
Suite 800
Los Angeles, CA 90067
Phone: 424-204-4400
Email:  sassom@ballardspahr.com
Attorney for the Defendant


DATED:  May 27, 2020	/s/ Amy L. Bennecoff Ginsburg
	Amy L. Bennecoff Ginsburg Esq.
	Kimmel & Silverman, P.C.
	30 East Butler Pike
	Ambler, PA 19002
	Tel: 215-540-8888
	Fax: 215-540-8817
	Email: teamkimmel@creditlaw.com
	Attorney for Plaintiff